IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CHIQUITA MILLER                                                                                       PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:22-CV-005-SA-DAS

HOPE FEDERAL CREDIT UNION                                                                       DEFENDANT

FINAL JUDGMENT

Consistent with the Order issued this day, all claims are dismissed *with prejudice*. This CASE is CLOSED.

SO ORDERED, this the 22nd day of April, 2022.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE